```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

NANCY MATHIAS ADAIR              *

       Plaintiff              *

       vs.                    *       CIVIL ACTION NO. MJG-06-2602

MCGUIREWOODS LLP, et al.         *

       Defendants             *

\*       \*       \*       \*       \*       \*       \*       \*       \*

## JUDGMENT

This action came on for trial before the Court and a jury, Honorable Marvin J. Garbis, United States District Judge presiding. After the presentation of evidence, argument and the Court's charge to the jury a Special Verdict Form was submitted to the jury for their consideration and a verdict was duly rendered on November 16, 2007.

    Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants MCGUIREWOODS LLP et al against Plaintiff NANCY MATHIAS ADAIR, dismissing all claims with prejudice with assessable costs totaling no more than $1,000[1].

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, on <u>Tuesday, November 27, 2007</u>.

```
                              _____/ s /_____
                              Marvin J. Garbis
                          United States District Judge
```

---

[1] While there should be an award of assessable costs, the relative financial circumstances of the parties renders it appropriate to limit the amount.